# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                                                                      **NO. 4:20-CR-29**

**JERMANY CORDEL MOTON**

## ORDER

On June 15, 2020, the Court continued the trial of Jeremy Cordel Moton pending determination of the issue of his competency. Doc. #30. On December 18, 2020, the Court issued an order finding Moton competent to stand trial. Doc. #47. Trial now must be reset and promptly commence to comply with the Speedy Trial Act. However, the Court concludes that a trial before the current Speedy Trial Act deadline would leave the parties and their counsel with an unreasonable and inadequate period of time for effective and necessary trial preparations.[1] Accordingly, the Court finds that the ends of justice are served by resetting trial for a later date and outweigh the best interest of the public and Moton in a speedy trial.

Trial is continued until **Monday, January 25, 2021**; the plea agreement deadline and the deadline for motions in limine are both January 11, 2021; the dispositive motions deadline is January 4, 2021; and the non-dispositive motions deadline is December 28, 2020. The period of delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 18th day of December, 2020.

/s/Debra M. Brown_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Should the parties and/or their counsel disagree, they must notify the Court immediately but no later than noon on December 21, 2020.